# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

KEVIN M PETERSON
KELLY A PETERSON
AND ATTACHED LIST OF CASES

Bankruptcy Case:  14 B 01645 et al.

## AGREED SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Maria A. Georgopoulos formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY JOEL P. FONFERKO, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for lender **SPECIALIZED LOAN SERVICING,** and Maria A. Georgopoulos formerly of Codilis & Associates, P.C. withdraws her appearance from the case and the parties agree as follows:

| COUNSEL SUBSTITUTING AND APPEARING: | COUNSEL WITHDRAWING: |
|---|---|
| Joel P. Fonferko | Maria A. Georgopoulos |
| Codilis & Associates, P.C. | formerly of Codilis & Associates, P.C. |
| 15W030 N. Frontage Rd., #100 | 15W030 N. Frontage Rd., #100 |
| Burr Ridge, IL 60527 | Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Joel P. Fonferko                               /s/ Maria A. Georgopoulos

Dated August 5, 2015

Respectfully Submitted,

 /s/ Joel P. Fonferko

Joel P. Fonferko ARDC #6276490
Codilis & Associates, P.C.
15W030 N. Frontage Rd., #100
Burr Ridge, Illinois 60527
630-794-5300

Attached List of Cases:

Case #         Debtor(s)

| Case # | Debtor(s) |
|---|---|
| 14-01645 | Kevin M Peterson and Kelly A Peterson |
| 14-01742 | Angelo Evans, Sr. |
| 14-02731 | Keith F Weaver |
| 14-02781 | Sharon Lee Friar |
| 14-02953 | Mohammed Ali and Margaret A Ali |
| 14-04333 | Arthur L. Cross and Marilyn M Cross |
| 14-04954 | Jade M Hirt |
| 14-05312 | Jill Baldino |
| 14-05779 | Pedro Vasquez, Sr. and Elizabeth Vasquez |
| 14-06159 | Anthony Philip Thiel |
| 14-06860 | Eric Kenneth Larson and Kathleen Marie Larson |
| 14-07066 | Betty J Mitchell |
| 14-07091 | Deborah D. Smith |
| 14-07098 | Kenneth Andrew Davidson and Nancy Lynn Davidson |
| 14-07182 | Cherie A Dynako |
| 14-08402 | Susan Y Vasquez |
| 14-08724 | Raymond H. Robinson |
| 14-09623 | Donovan W. Lewis |
| 14-09722 | Jozef Rozowicz and Krystyna Rozowicz |
| 14-09842 | Andrew Rees and Megan S Rees |
| 14-10495 | Ronald Harvey Braver |
| 14-11511 | Jennifer Marie Sweeney |
| 14-11997 | Carson Raymond Rider |
| 14-12076 | Christine M Escobar |
| 14-12340 | Patricia Maureen White |
| 14-12622 | Jimmy L Wood and Euree L Wood |
| 14-12751 | Mark Baich |
| 14-12807 | Michael Regnier and Shelly Regnier |
| 14-12935 | James Byland and Carol Byland |
| 14-13174 | Glenn D Schultz and Linda L Schultz |
| 14-13821 | Caroline L Odom |
| 14-14188 | Steven M Fischer |
| 14-14564 | Michele D LaPorte |
| 14-14776 | Janet D&#039;onofrio |
| 14-14924 | Fern Toleda Thomas |
| 14-15399 | William R Gibson and Denise Michelle Gibson |
| 14-15658 | Norbert F King |
| 14-15833 | Irma L. Herrera |
| 14-15952 | Gail S. Tan |
| 14-15957 | Brian P Geraghty and Bridget Geraghty |
| 14-16341 | Garrett Michael Beard and Patricia Ann Miller-Beard |
| 14-16472 | Robert H Murdock and Willa E. Murdock |
| 14-16478 | Arnold Lee Einbinder and Deanna Sydne Einbinder |
| 14-16722 | Donald Edward Norwick and Lisette Norwick |
| 14-17319 | Doris Marie Bartek |
| 14-17646 | Robert Arnold Hausner, Sr. and Antoinette Catherine Hausner |

| | |
|---|---|
| 14-17790 | Eunita Amanda Reynolds |
| 14-17812 | Samilah L Melvin |
| 14-17857 | Sharon Marie Douglass |
| 14-18175 | David S Townsend |
| 14-18420 | Bonnie K. Gardner |