B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 14–11997
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Carson Raymond Rider
  aka Carson R. Rider
  404 N. Metropolitan
  Waukegan, IL 60085

Social Security / Individual Taxpayer ID No.:
  xxx−xx−2053

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

    If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: <u>October 13, 2015</u>                <u>Jeffrey P. Allsteadt, Clerk</u>
                                                  United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-11997-ABG
Carson Raymond Rider                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: bchavez               Page 1 of 2               Date Rcvd: Oct 13, 2015
                               Form ID: b18w               Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2015.
db           #+Carson Raymond Rider,    404 N. Metropolitan,    Waukegan, IL 60085-3136
21739015      +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
21739018       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
21739019      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
21768670      +JPMorgan Chase Bank, National Association,     c/o Codilis & Associates, P.C.,
                15W030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
21739021      +Kia Motors Finance,    Po Box 20815,    Fountain Valley, CA 92728-0815
21739022      +Kia Motors Finance Company,    10550 Talbert Avenue,    Fountain Valley, CA 92708-6031
21739024      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21739011      +EDI: BECKLEE.COM Oct 14 2015 00:48:00      American Express *,    c/o Becket & Lee,
                P.O. Box 3001,    Malvern, PA 19355-0701
22128051       EDI: BECKLEE.COM Oct 14 2015 00:48:00      American Express Centurion Bank,
                c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22038465       EDI: BL-BECKET.COM Oct 14 2015 00:48:00      Capital One, N.A.,    c o Becket and Lee LLP,
                POB 3001,    Malvern, PA 19355-0701
21739012      +EDI: AIS.COM Oct 14 2015 00:48:00      Capital One, N.A. *,    c/o American Infosource,
                P.O Box 54529,    Oklahoma City, OK 73154-1529
21739013      +EDI: CAPITALONE.COM Oct 14 2015 00:48:00      Capital One, N.A.*,    1680 Capital One Drive,
                Mc Lean, VA 22102-3407
21739014       EDI: CHASE.COM Oct 14 2015 00:48:00      Chase *,   ATTN: Bankruptcy Department,
                P.O. Box 15298,    Wilmington, DE 19850-5298
21739016       EDI: DISCOVER.COM Oct 14 2015 00:48:00      Discover Financial Services,    2500 Lake Cook Road,
                Deerfield, IL 60015
21739017       EDI: DISCOVER.COM Oct 14 2015 00:48:00      Discover Financial Services LLC,    Po Box 15316,
                Wilmington, DE 19850
21755651       EDI: DISCOVER.COM Oct 14 2015 00:48:00      Discover Bank,    DB Servicing Corporation,
                PO Box 3025,    New Albany, OH 43054-3025
21739020      +EDI: CHASE.COM Oct 14 2015 00:48:00      JPMorgan Chase*,    270 Park Avenue,
                New York, NY 10017-2014
21799162      +EDI: FORD.COM Oct 14 2015 00:48:00      KIA MOTORS FINANCE,    PO BOX 20825,
                FOUNTAIN VALLEY, CA 92728-0825
21739023      +EDI: CBSKOHLS.COM Oct 14 2015 00:48:00      Kohl's Credit *,    N56 W17000 Ridgewood Drive,
                Menomonee Falls, WI 53051-7096
22200168       EDI: PRA.COM Oct 14 2015 00:48:00      Portfolio Recovery Associates, LLC,
                successor to CAPITAL ONE, NA,    PO Box 41067,    Norfolk, VA 23541
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2015 at the address(es) listed below:
              Charles L. Magerski    on behalf of Debtor Carson Raymond Rider Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Glenn B Stearns    mcguckin_m@lisle13.com
              Maria Georgopoulos    on behalf of Creditor    JPMorgan Chase Bank, National Association
               nd-three@il.cslegal.com

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Oct 13, 2015
                              Form ID: b18w              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Nathan C Volheim    on behalf of Debtor Carson Raymond Rider courtinfo@sulaimanlaw.com, molly.a@consumerlawpartners.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                   TOTAL: 5